# Exhibit "2"

# Letter from Andrea

# Exhibit "2"



Eric Edmeades &lt;mail@eric.ee&gt;

# Next steps for your consideration
5 messages

**Andrea Reindl** &lt;andrea@legacycreative.com&gt;  Tue, May 25, 2021 at 10:51 PM
To: Eric &lt;mail@eric.ee&gt;
Cc: Carrie Styczen &lt;carrie@thornsmeltz.com&gt;, Kyle McNeil &lt;kyle@legacycreative.com&gt;

Eric,

As discussed yesterday we agree the desire is for a clean break from our long-standing working relationship.

The intent of this communication is to outline the immediate steps needed to support the clients and get to documented agreements as fast as possible so we can move on.

I understand that you are concerned about the ownership of the IP related to the brands. When we come to contract terms on all matters I am prepared to include the ownership in the final agreement giving you full rights to the work that was created for the brands from all time and all source files and accounts you'll need to continue.

After considering the big rocks it seemed overwhelming and like we were going to end up in a rather drawn-out negotiation. This proposal is a simpler solution that allows us to cut ties this week and releases you to complete your time-sensitive and lucrative deal with Mindvalley free of contractual obligations to Legacy Creative.

Here is the proposal:

- Legacy Creative will release all rights, holds, contracts, or interest in WILDFIT, Speaker Nation, or anything to do with the brands or IP.
- You release any rights from any funds Legacy Creative has sold and transacted to date and membership and website we have or will transact through the domains we set up on shop.speakernation.com and shop.getwildfit.com through the end of June 2021.
- Legacy Creative will transfer all ownership of the completed new tech dashboard to run WILDFIT to you with a value of $190,000 USD
- Legacy Creative will assign an additional 100 hours to complete the new tech/back office for WILDFIT completion should there be edits required. Any work done on that platform beyond that will be billed at $125 USD/hr.
- Legacy Creative will provide a 14-day transition window where we will support the new team with systems, accounts, access, and any training needed to get up and running.
- Membership dues through the end of June 2021 stay with Legacy Creative, in that time you will transfer any of those funds to your new systems and team.
- The agreement will include a mutual non-compete specifically on WILDFIT & Speaker Nation and a mutual non-disparage clause.

- Legacy Creative will facilitate the membership features through the end of June for client continuity
- Legacy Creative will pay the commissions due on the May 2020 coaching certification program to the appropriate parties. Commissions on all other products will be covered in the future by CTX. The Legacy Creative team can provide a report for each event outstanding.
- You maintain all ownership of IP, accounts created under our relationship directly related to the brands. We will draft a complete list based on your previous demands in the final papered agreement and transfer accordingly.
- You will deliver the upcoming events with no further involvement from the Legacy Creative team this includes:
  - One Talk Workshop August 2021
  - Product Creation Bootcamp September 2021
  - Azaya Digital November 2021
  - Azaya Live November 2021

After we have reached agreeable contract terms the Legacy Creative team is prepared to do the following to ensure a smooth transition and client continuity for the remainder of 2021.

1. Helpdesk support at an hourly rate of $45 USD/hr
2. Administrative and program work for the rate of $65 USD/hr
3. Offboarding and transition of your brands to any new team that you'd like at the rate of $125 USD/hr

If we can come to terms and an agreement drafted by my lawyer by the end of the week we can all proceed with our respective lives and business. Allowing you to move forward and me to do the same with no further claim to the work we've created together and avoided a messy battle.

As I mentioned on the call I have cc'd Carrie Styczen my legal counsel on this email who will draft agreements and represent me going forward. Please direct all future correspondence to her.

Sincerely,
Andrea


--
Regards,

Andrea Reindl
CEO/Founder
Direct Line: 403.837.4663

www.legacycreative.com