Richard C. Gordon, Esq. (Nevada Bar #9036)
Bradley T. Austin, Esq. (Nevada Bar #13064)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: rgordon@swlaw.com
baustin@swlaw.com

*Attorneys for Defendants Legacy Creative Inc.
and Andrea Reindl McLean*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CATALYSTIX INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEGACY CREATIVE INC., an Alberta corporation, and ANDREA REINDL MCLEAN, an individual,<br><br>Defendants. | Case No.:   2:21-cv-01253-JCM-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-2, Plaintiff Catalystix Inc. ("Plaintiff") and Defendants Legacy Creative Inc. and Andrea Reindl McLean ("Defendants") hereby stipulate and agree that Defendants shall have through and including October 8, 2021 answer, move, or otherwise respond to Plaintiff's Complaint (ECF No. 1). The additional time is requested in order to facilitate potential settlement discussions, further investigation into Plaintiff's allegations, and to accommodate the trial schedule of Defendants' counsel.

///

///

///

///

///

4852-2737-9195.1

This stipulation is filed in good faith and not intended to cause delay. This is the Parties' first request for an extension.

IT IS SO STIPULATED.

Dated: September 14, 2021

SNELL & WILMER L.L.P.

By:   /s/ *Richard C. Gordon*
     Richard C. Gordon, Esq.
     Bradley T. Austin, Esq.
     3883 Howard Hughes Pkwy., Ste. 1100
     Las Vegas, NV 89169

*Attorneys for Defendants Legacy Creative Inc. and Andrea Reindl McLean*

Dated: September 14, 2021

ARMSTRONG TEASDALE LLP

By:   /s/ *Michael A. Gehret*
     Michael A. Gehret, Esq.
     D. Loren Washburn, Esq.
     201 South Main Street, Ste. 750
     Salt Lake City, UT 84111

Brandon P. Johansson, Esq.
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Pkwy., Ste. 200
Las Vegas, NV 89169

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  September 16, 2021

4852-2737-9195.1