Michael A. Gehret (Nevada Bar No. 9307)
D. Loren Washburn (Nevada Bar No. 14297)
ARMSTRONG TEASDALE LLP
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Tel. (801) 401-1607
mgehret@atllp.com
lwashburn@atllp.com

Brandon P. Johansson (Nevada Bar No. 12003)
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Tel. (702) 678-5070
bjohansson@atllp.com

*Attorneys for Plaintiff Catalystix Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CATALYSTIX INC., a Nevada corporation,

  Plaintiff,

v.

LEGACY CREATIVE INC., an Alberta corporation, and ANDREA REINDL MCLEAN, an individual,

  Defendants.

Case No. 2:21-CV-01253- JCM-EJY

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT**

**[FIRST REQUEST]**

Plaintiff Catalystix, Inc. ("Plaintiff") and Defendants Legacy Creative Inc. and Andrea Reindl McLean (collectively, the "Defendants"), by and through their undersigned counsel, hereby move pursuant to Fed. R. Civ. P. 6 and Local Rule LR IA 6-1, to extend the deadline for Plaintiff to file its opposition to Defendants' Motion to Dismiss Complaint (ECF No. 12) from October 22, 2021 to November 5, 2021. This is the first request to extend this particular deadline.

On October 8, 2021, Defendants filed their Motion to Dismiss Complaint ("Motion to Dismiss"). (ECF No. 12.) Plaintiff's opposition brief is currently due on October 22, 2021. As a result of the issues raised in the Motion to Dismiss, which include jurisdictional issues, Plaintiff needs

additional time to fully evaluate and prepare its opposition. Defendants do not oppose providing this additional time. This request is made in good faith and is not intended to unreasonably delay this matter.

Based on the foregoing, the parties respectfully request that this Court extend Plaintiff's deadline to file its opposition to the Motion to Dismiss from October 22, 2021 to November 5, 2021.

| | |
|---|---|
| DATED this 21st day of October, 2021. | DATED this 21st day of October, 2021. |
| ARMSTRONG TEASDALE LLP | SNELL & WILMER LLP |
| By: */s/ Brandon P. Johansson* <br> Michael A. Gehret, NV Bar No. 9307 <br> D. Loren Washburn, NV Bar No. 14297 <br> 201 South Main Street, Suite 750 <br> Salt Lake City, UT 84111 <br><br> Brandon P. Johansson, NV Bar 12003 <br> 3770 Howard Hughes Parkway Suite 200 <br> Las Vegas, Nevada 89169 <br><br> *Attorneys for Catalystix Inc.* | By: */s/ Richard C. Gordon* <br> Richard C. Gordon, NV Bar 9036 <br> Bradley T. Austin, NV Bar 13064 <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, Nevada 89169 <br><br> *Attorneys for Legacy Creative Inc. and Andrea Reindl McLean* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATE: 10/22/2021