Michael A. Gehret (Nevada Bar No. 9307)
D. Loren Washburn (Nevada Bar No. 14297)
ARMSTRONG TEASDALE LLP
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Tel. (801) 401-1607
mgehret@atllp.com
lwashburn@atllp.com

Brandon P. Johansson (Nevada Bar No. 12003)
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Tel. (702) 678-5070
bjohansson@atllp.com

*Attorneys for Plaintiff Catalystix Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CATALYSTIX INC., a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LEGACY CREATIVE INC., an Alberta corporation, and ANDREA REINDL MCLEAN, an individual,<br><br>　　　　Defendants. | Case No. 2:21-CV-01253- JCM-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES RELATED TO DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>**[THIRD REQUEST]** |

　　　　Plaintiff Catalystix, Inc. ("Plaintiff") and Defendants Legacy Creative Inc. and Andrea Reindl McLean (collectively, the "Defendants"), by and through their undersigned counsel, hereby move pursuant to Fed. R. Civ. P. 6 and Local Rule LR IA 6-1, to extend the deadline for Plaintiff to file its opposition to Defendants' Motion to Dismiss Complaint (ECF No. 12) (the "Motion") from November 12, 2021 to December 23, 2021 and to extend the deadline for Defendants to file their reply in support of the Motion from December 1, 2021 to January 18, 2022. This is the third request to extend the deadline to file the opposition to the Motion and the second request to extend the reply deadline.

　　　　On October 8, 2021, Defendants filed the Motion. On October 22, 2021, the Court entered an

Order extending the deadline for Plaintiff to file an opposition to the Motion to November 5, 2021 (ECF No. 14). On November 3, 2021, the Court entered an Order extending the deadline for Plaintiff to file an opposition to the Motion to November 12, 2021 and for Defendants to file their reply to December 1, 2021 (ECF No. 16). The parties have scheduled a formal mediation with the Hon. Peggy Leen, which is set to occur on December 9, 2021. To preserve the parties and the Court's resources and to avoid any unnecessary fees and costs while the parties attempt to resolve this matter, they are requesting that the existing briefing deadlines be continued until after the parties have held mediation. If the parties are able to resolve this matter, they will provide notice to the Court. If not, the parties will proceed with the briefing schedule indicated herein. The parties do not oppose these additional extension requests. This request is made in good faith and is not intended to unreasonably delay this matter.

Based on the foregoing, the parties respectfully request that this Court extend Plaintiff's deadline to file its opposition to the Motion from November 12, 2021 to December 23, 2021 and to extend Defendants' reply deadline from December 1, 2021 to January 18, 2022.

| | |
|---|---|
| DATED this 11th day of November, 2021. | DATED this 11th day of November, 2021. |
| ARMSTRONG TEASDALE LLP | SNELL & WILMER LLP |
| By: */s/ Brandon P. Johansson*<br>Michael A. Gehret, NV Bar No. 9307<br>D. Loren Washburn, NV Bar No. 14297<br>201 South Main Street, Suite 750<br>Salt Lake City, UT 84111<br><br>Brandon P. Johansson, NV Bar 12003<br>3770 Howard Hughes Parkway Suite 200<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Catalystix Inc.* | By: */s/ Richard C. Gordon*<br>Richard C. Gordon, NV Bar 9036<br>Bradley T. Austin, NV Bar 13064<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Legacy Creative Inc. and Andrea Reindl McLean* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATE: November 12, 2021